## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **LD MANAGEMENT LLC and MICHAEL LUKACS**<br><br>　　　　Plaintiffs,<br><br>v.<br><br>**MARQUE STAR HOLDINGS, LLC (d/b/a MARQUE STAR), GREGORY STENSTORM, DARRYL GAEMAN, PATRICK STENSTROM, GREGG GARNICK,**<br><br>　　　　Defendants. | **Case No.:**<br><br>**Civil Action**<br><br>**COMPLAINT TO ENFORCE FINAL STATE COURT JUDGMENT** |

　　　　Plaintiffs, by their attorney Jay J. Rice of Nagel Rice, LLP, brings this Complaint to Enforce Final State Court Judgments against Defendants Marque Star Holdings, LLC (d/b/a Marque Star), Gregory Stenstrom, Darryl Gaeman, Patrick Stenstrom, Gregg Garnick and alleges as follows:

　　　　1.　　　This action is brought for recognition and entry in this Court, in accordance with the Full Faith and Credit Clause of the United States Constitution and the Full Faith and Credit Act, 28 U.S.C. § 1738, of the amended money Judgment of the Superior Court of New Jersey, Law Division, Bergen County, in *LD Management LLC and Michael Lukacs vs. Marque Star Holdings, LLC, et. al,* rendered by that Court on September 12, 2022.

　　　　2.　　　This Court has jurisdiction of this matter pursuant to 28 U.S.C. § 1331 since Plaintiff seeks enforcement of a money Judgment rendered in New Jersey State Court pursuant to the Full Faith and Credit Clause, U.S. Const. art. IV, § 1.

　　　　3.　　　Venue is proper in this District because the Default Final Judgment Plaintiff seeks to enforce pursuant to the Full Faith and Credit Act, 28 U.S.C. § 1738 was entered in the Superior Court of New Jersey.

## THE PARTIES

4. Plaintiff, LD Management, LLC. is a New Jersey limited liability company with its primary place of business located at 275 Indian Trail, Franklin Lakes, New Jersey.

5. Michael Lukacs is the managing member of LD Management, LLC, and resides at 275 Indian Trail, Franklin Lakes, New Jersey.

6. Defendant Marque Star Holdings, LLC (d/b/a/ Marque Star) ("Marque Star") has a principal place of business located at 1541 Farmers Lane, in Glen Mills, PA, 19342.

7. Defendant Gregory Stenstrom is the Chief Executive Officer of Marque Star and has its principal place of business located at 1541 Farmers Lane, Glen Mills, PA, 19342.

8. Defendant Darryl Gaeman is the Chief Information Officer of Marque Star and has its principal place of business located at 420 Tall Oaks Drive, Warminster, PA, 18974.

9. Defendant Patrick Stenstrom is the Director of Operations of Marque Star and has its principal place of business located at 1541 Farmers Lane, Glenn Mills, PA 19342.

10. Defendant Gregg W. Garnick is an adbvisor to Marque Star and a member of Marque Star's advisory board. Garnick has principal addresses of 7701 Atlantic Ave, Apt 20EW, Margate City, NJ 08402 and 223 N. Woodleigh Dr., Cherry Hill, NJ 08003.

## CAUSE OF ACTION

11. On June 30, 2022, the Superior Court of New Jersey, Law Division, Bergen County, entered default final judgment in favor of the Plaintiffs against Defendants Marque Star Holdings, LLC and Gregory Stenstrom ("The Debtors") (Transaction ID: LCV20222436953). On September 12, 2022, following a proof hearing, judgment was entered in favor of the defendant in the total amount of $5,953,389.56. A copy of the Judgment awarding $5,953,389.56 is attached hereto as Exhibit 1. At the proof hearing, the Court found, *inter alia:*

      a) The Debtors failed to answer or enter an appearance and final judgment by default was entered; and

      b) Damages were proven and entered in the total amount of $5,953,389.56.

12. The Debtors were served with the default final judgement as entered by the Superior Court of New Jersey, Law Division, Bergen County.

13. The Deputy Court Clerk of the Superior Court of New Jersey, Bergen County, the same being a Court of Record, certified the authenticity of the Order for Judgement and said certification is attached herein along with the Judgement as Exhibit 1 as required pursuant to the Full Faith and Credit Act, 28 U.S.C. § 1738.

14. The Judgment is entitled to recognition in this Court pursuant to the Full Faith and Credit Clause of the United States Constitution, and the Full Faith and Credit Act, 28 U.S.C. § 1738.

WHEREFORE, Plaintiff requests that this Court recognize the Final Judgment and enter a judgment of this Court against the Defendants in the amount of $5,953,389.56 in accordance with the Superior Court of New Jersey's computation attached as Exhibit 1.

                                                   NAGEL RICE, LLP
                                                   Attorney for Plaintiffs LD Management LLC and Michael Lukacs

                                                   By: /s/ *Jay J. Rice*
Dated:  December 8, 2023                    JAY J. RICE, ESQ.

# EXHIBIT 1

# SUPERIOR COURT OF NEW JERSEY



I, KELLY A. GIBSON, DEPUTY CLERK of the Superior Court of New Jersey, Bergen County, the same being a Court of Record, certify that the attached is a true copy of the **Order FOR Judgment** filed on **09/12/2022**, in the cause wherein **LD MANAGEMENT LLC, AND MICHAEL LUKACS** are the Plaintiffs, and **MARQUE STAR HOLDINGS, LLC (D/B/A MARQUE START), GREGORY STENSTROM, DARRYL GAEMAN, PATRICK STENSTROM, AND GREGG GARNICK** are the Defendants, Docket Number **L-7451-21**, now on file in my office.

**IN TESTIMONY WHEREOF,** I have hereto set my hand and affixed the seal of said Court on this 30th Day of October 2023

_____
KELLY A. GIBSON
DEPUTY CLERK OF THE
SUPERIOR COURT, BERGEN COUNTY

I, Carol Catuogno, Judge of the Superior Court of New Jersey, certify that KELLY A. GIBSON, whose name is subscribed to the above, was, at that date thereof, and now is, Deputy Clerk of the Superior Court of New Jersey, Bergen County, that the attached attestation is in proper form, that the seal thereto annexed is the seal of said Court, and that the signature of the said KELLY A. GIBSON, is in her own proper handwriting.

**WITNESS** my hand this 30 Day of October 2023

_____
CAROL V. NOVEY CATUOGNO, A.J.S.C.

NOTE: This certificate is made pursuant to an act of Congress
(Title 28 U.S. Code, Sec. 1738, effective Sept. 1, 1948)

**FILED**
**SEP 12 2022**
ROBERT C. WILSON
J.S.C.

JAY J. RICE (020691977)
BRADLEY L. RICE (021162008)
NAGEL RICE, LLP
103 Eisenhower Parkway
Roseland, NJ 07068
973-618-0400
Attorneys for Plaintiff, LD MANAGEMENT LLC
And MICHAEL LUKACS

| | |
|---|---|
| LD MANAGEMENT LLC and MICHAEL LUKACS, <br><br> Plaintiffs, <br><br> vs. <br><br> MARQUE STAR HOLDINGS, LLC (d/b/a MARQUE STAR), GREGORY STENSTROM, DARRYL GAEMAN, PATRICK STENSTROM, GREGG GARNICK <br><br> Defendants | SUPERIOR COURT OF NEW JERSEY LAW DIVISION: BERGEN COUNTY DOCKET NO. BER-L-7451-21 <br> **JUDGMENT NO. J-133524-22** <br> CIVIL ACTION <br><br> JUDGMENT |

THIS MATTER having been opened to the Court by Nagel Rice LLP, attorneys for Plaintiffs LD Management LLC and Michael Lukacs, upon the Court's entry of default final judgment against defendants Marque Star Holdings, LLC and Gregory Stenstrom on June 30th, 2022 (Transaction ID: LCV20222436953), and for the reason stated on the record during the proof hearing of September 12, 2022 and for good cause shown;

IT IS on this ___12th___ day of ___September___ 2022, ORDERED, ADJUDGE AND DECREED as follows:

Judgment is hereby entered in favor of Plaintiffs and against defendants Star Holdings, LLC and Gregory Stenstrom in the amount of $5,953,389.56, which consists of the following:

1. As to Counts 1 and 2 of the Complaint for breach of contract and breach of the implied covenant of good faith and fair dealing, judgment is hereby entered in favor of Plaintiffs

and against defendants Marque Star Holdings, LLC and Gregory Stenstrom, jointly and severally, in the amount of $1,926,524.96.

2. As to Count 3 of the Complaint for violation of the New Jersey Computer Related Offenses Act, N.J.S.A. 2A:38A-1 et seq., judgment is hereby entered in favor of Plaintiffs and against defendants Marque Star Holdings, LLC and Gregory Stenstrom, jointly and severally as follows, pursuant to N.J.S.A. 2A:38A-3:

    a. Compensatory Damages in the Amount of $40,000.00;

    b. Reasonable Attorney's Fees of $14,485.00;

    c. Costs of $1,529.68; and

    d. Costs of Investigation of $37,800.00.

3. As to the Count 5 of the Complaint for violations of the New Jersey Consumer Fraud Act, judgment is hereby entered in favor of Plaintiffs and against defendants Marque Star Holdings, LLC and Gregory Stenstrom, jointly and severally, in the additional amount of $3,933,049.92, which represents the remaining damages awarded per a trebling of the compensatory damages awarded to Plaintiffs as part of Counts 1, 2 and 3.

_____
Hon. Robert C. Wilson, J.S.C.

Dated:

I, Kerri Lynn Walsh-Wood, Deputy Clerk of the Superior Court of New Jersey the same being a Court of Record, do hereby certify that the foregoing is a true copy of the   DEFAULT FINAL JUDGMENT   now of the file in my office.
IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court at Hackensack, this   20th   day of   DECEMBER   Two Thousand and Twenty-Two.

_Kerri Lynn Walsh-Wood_
Deputy Clerk of the Superior Court

2