UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY

**Plaintiff**
LD MANAGEMENT LLC, ET AL

vs

**Defendant**
MARQUE STAR HOLDINGS, LLC (D/B/A MARQUE STAR), ET AL

DOCKET NO. 2:23-CV-23158

**AFFIDAVIT OF SERVICE**
(for use by Private Service)

685511

**Person to be served:** MARQUE STAR HOLDINGS, LLC
D/B/A MARQUE STAR
**Address:**
1541 FARMERS LANE
GLEN MILLS PA 19342

Cost of Service pursuant to R4:4-30

$ _____

**Attorney:**
NAGEL RICE
103 EISENHOWER PARKWAY 1ST FLOOR
ROSELAND NJ 07068

**Papers Served:**
SUMMONS & COMPLAINT TO ENFORCE FINAL STATE COURT JUDGMENT; EXHIBIT 1; FINAL STATE COURT JUDGMENT

**Service Data:**

Served Successfully __X__   Not Served _____   Date: 1/3/24   Time: 8:25 am   Attempts: _____

_____ Delivered a copy to him/her personally

_____ Left a copy with a competent household member over 14 years of age residing therein at place of abode.

__X__ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of Person Served and relationship/title
Gregory Stenstrom
managing member

**Description of Person Accepting Service:**
Age: 65   Height: 5'8"   Weight: 170   Hair: Gray   Sex: male   Race: cauc

**Non-Served:**

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____ Date _____ Time _____
                            Date _____ Time _____
                            Date _____ Time _____
( ) Other: _____   Comments or Remarks _____

Subscribed and Sworn to me this 4th day of Jan 2024

_Patricia Knapp_
Notary Signature

I, SAID ALI, was at time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_[signature]_  1/4/24
Signature of Process Server    Date

PATRICIA KNAPP
Notary Public, State of New Jersey
Commission # 2447530
My Commission Expires 06/25/2024

DGR LEGAL, INC.
1359 Littleton Road, Morris Plains, NJ 07950-3000
(973) 403-1700 Fax (973) 403-9222

Work Order No.   685511
File No.   2:23-CV-23158

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**LD MANAGEMENT LLC, ET AL.,**
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

**MICHAEL LUKACS, ET AL.,**
*Defendant*

CASE NUMBER: **2:23-CV-23158-MEF-AME**

TO: **MARQUE STAR HOLDINGS**
**1541 FARMERS LANE**
**GLENN MILLS, PA  19342**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT**



**ISSUED ON 2023-12-22 15:27:46**, Clerk
USDC NJD