# EXHIBIT "A"

**UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY**

**Plaintiff**
LD MANAGEMENT LLC, ET AL

vs

**Defendant**
MARQUE STAR HOLDINGS, LLC (D/B/A MARQUE STAR), ET AL

DOCKET NO. 2:23-CV-23158

**AFFIDAVIT OF SERVICE**
(for use by Private Service)

**Person to be served:** MARQUE STAR HOLDINGS, LLC
D/B/A MARQUE STAR
**Address:**
1541 FARMERS LANE
GLEN MILLS PA 19342

Cost of Service pursuant to R4:4-30
$ _____

**Attorney:**
NAGEL RICE
103 EISENHOWER PARKWAY 1ST FLOOR
ROSELAND NJ 07068

**Papers Served:**
SUMMONS & COMPLAINT TO ENFORCE FINAL STATE COURT JUDGMENT; EXHIBIT 1; FINAL STATE COURT JUDGMENT

**Service Data:**

Served Successfully __X__  Not Served ____  Date: 1/3/24  Time: 8:25 am  Attempts: ____

____ Delivered a copy to him/her personally

____ Left a copy with a competent household member over 14 years of age residing therein at place of abode.

_X_ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

**Name of Person Served and relationship/title**
Gregory Stenstrom
Managing Member

**Description of Person Accepting Service:**
Age: 65  Height: 5'8  Weight: 170  Hair: Gray  Sex: male  Race: cauc

**Non-Served:**

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____  Date _____  Time _____
                                Date _____  Time _____
                                Date _____  Time _____
( ) Other: _____  Comments or Remarks _____

Subscribed and Sworn to me this 4th day of Jan 2024

_Patricia Knapp_
**Notary Signature**

I, SAID ALI _____, was at time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____ 1/4/24
**Signature of Process Server**  **Date**

PATRICIA KNAPP
Notary Public, State of New Jersey
Commission # 2447530
My Commission Expires 06/25/2024

DGR LEGAL, INC.
1359 Littleton Road, Morris Plains, NJ 07950-3000
(973) 403-1700  Fax (973) 403-9222

Work Order No.  685511
File No.  2:23-CV-23158

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

LD MANAGEMENT LLC, ET AL.,
*Plaintiff*

V.   **SUMMONS IN A CIVIL CASE**

MICHAEL LUKACS, ET AL.,
*Defendant*

CASE NUMBER: **2:23-CV-23158-MEF-AME**

TO:  **MARQUE STAR HOLDINGS**
**1541 FARMERS LANE**
**GLENN MILLS, PA 19342**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT**



ISSUED ON 2023-12-22 15:27:46, Clerk
USDC NJD