|||
|---|---|
| **Plaintiff**<br>LD MANAGEMENT LLC , ET AL<br><br>**Defendant**    vs<br>MARQUE STAR HOLDINGS, LLC D/B/A MARQUE STAR, ET AL | UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY<br><br>DOCKET NO. 2:23-CV-23158<br><br>**AFFIDAVIT OF SERVICE**<br>(for use by Private Service) |

**Person to be served:** GREGORY STENSTROM

Cost of Service pursuant to R4:4-30

$ _____

**Address:**
1541 FARMERS LANE
GLEN MILLS PA 19342

**Attorney:**
NAGEL RICE
103 EISENHOWER PARKWAY 1ST FLOOR
ROSELAND NJ 07068

**Papers Served:**
MOTION FOR THE ENTRY OF DEFAULT; DECLARATION FOR THE ENTRY OF DEFAULT JUDGMENT; EXHIBITS

**Service Data:**

Served Successfully __X__   Not Served _____   Date: 4/10/24   Time: 2:12p   Attempts: _____

__X__ Delivered a copy to him/her personally

____ Left a copy with a competent household member over 14 years of age residing therein at place of abode.

____ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of Person Served and relationship/title

Gregory stenstrom
Personally

**Description of Person Accepting Service:**

Age: 58   Height: 6'   Weight: 220   Hair: Blonde   Sex: Male   Race: White

**Non-Served:**

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____ Date _____ Time _____
                    Date _____ Time _____
                    Date _____ Time _____
( ) Other: _____

Comments or Remarks _____

Subscribed and Sworn to me this 11 day of April 24

_____ Notary Signature

Commonwealth of Pennsylvania – Notary Seal
Teresa A. Minzola, Notary Public
Berks County
My Commission Expires December 05, 2025
Commission Number 1113554

I, Eric Afflerbach, was at time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____ 4/11/24
Signature of Process Server   Date

DGR LEGAL, INC.
1359 Littleton Road, Morris Plains, NJ 07950-3000
(973) 403-1700  Fax (973) 403-9222

Work Order No.   704330
File No.   2:23-CV-23158

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| LD MANAGEMENT LLC and MICHAEL LUKACS | Case No. 2:23-cv-23158-MEF-AME |
| Plaintiffs, | |
| v. | MOTION FOR THE ENTRY OF DEFAULT |
| JUDGEMENT AS TO | |
| MARQUE STAR HOLDINGS, LLC (d/b/a MARQUE STAR), GREGORY STENSTROM, DARRYL GAEMAN, PATRICK STENSTROM, GREGG GARNICK, | DEFENDANTS MARQUE STAR HOLDINGS, LLC, and GREGORY STENSTROM |
| Defendants | |

Plaintiffs, LD Management, LLC, and Michael Lukacs request that a default judgment be entered against the Defendants, Marque Star Holdings, LLC, and Gregory Stenstrom, by the Court Clerk pursuant to Fed. R. Civ. P. 55(b). In support of this request, Plaintiffs rely upon the record in this case, the affidavit submitted herein, and the exhibits submitted herein.

Dated April 5, 2024        /s/ *Bradley L. Rice*
                           Bradley L. Rice
                           NAGEL RICE, LLP
                           103 Eisenhower Parkway
                           Roseland, New Jersey, 07068
                           brice@nagelrice.com