**UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY**

|||
|---|---|
| 704329 | |

**Plaintiff**
LD MANAGEMENT LLC, ET AL

vs

**Defendant**
MARQUE STAR HOLDINGS, LLC D/B/A MARQUE STAR, ET AL

DOCKET NO. 2:23-CV-23158

**AFFIDAVIT OF SERVICE**
(for use by Private Service)

**Person to be served:** MARQUE STAR HOLDINGS, LLC
D/B/A MARGUE STAR
**Address:**
1541 FARMERS LANE
GLEN MILLS PA 19342

Cost of Service pursuant to R4:4-30

$ _____

**Attorney:**
NAGEL RICE
103 EISENHOWER PARKWAY 1ST FLOOR
ROSELAND NJ 07068

**Papers Served:**
MOTION FOR THE ENTRY OF DEFAULT; DECLARATION FOR THE ENTRY OF DEFAULT JUDGMENT; EXHIBITS

**Service Data:**

Served Successfully __X__   Not Served ____   Date: 4/10/24   Time: 2:13p   Attempts: ____

____ Delivered a copy to him/her personally

____ Left a copy with a competent household member over 14 years of age residing therein at place of abode.

**Name of Person Served and relationship/title**
Gregory Stenstrom
Owner

__X__ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

**Description of Person Accepting Service:**
Age: 58   Height: 6'   Weight: 220   Hair: Blonde   Sex: Male   Race: White

**Non-Served:**
( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____ Date _____ Time _____
_____ Date _____ Time _____
_____ Date _____ Time _____
( ) Other: _____   Comments or Remarks _____

Subscribed and Sworn to me this 11 day of April 24

I, Eric Afflerbach, was at time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

*Notary Signature*

Commonwealth of Pennsylvania – Notary Seal
Teresa A. Minzola, Notary Public
Berks County
My Commission Expires December 05, 2025
Commission Number 1113554

*Signature of Process Server*   Date 4/11/24

DGR LEGAL, INC.
1359 Littleton Road, Morris Plains, NJ 07950-3000
(973) 403-1700   Fax (973) 403-9222

**Work Order No.** 704329

**File No.** 2:23-CV-23158

Case 2:23-cv-23158-MEF-AME   Document 7   Filed 04/05/24   Page 1 of 1 PageID: 28

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LD MANAGEMENT LLC and MICHAEL LUKACS<br><br>Plaintiffs,<br><br>v.<br>JUDGEMENT AS TO<br><br>MARQUE STAR HOLDINGS, LLC (d/b/a MARQUE STAR), GREGORY STENSTROM, DARRYL GAEMAN, PATRICK STENSTROM, GREGG GARNICK,<br><br>Defendants | Case No. 2:23-cv-23158-MEF-AME<br><br>MOTION FOR THE ENTRY OF DEFAULT<br><br>DEFENDANTS MARQUE STAR HOLDINGS, LLC, and GREGORY STENSTROM |

Plaintiffs, LD Management, LLC, and Michael Lukacs request that a default judgment be entered against the Defendants, Marque Star Holdings, LLC, and Gregory Stenstrom, by the Court Clerk pursuant to Fed. R. Civ. P. 55(b). In support of this request, Plaintiffs rely upon the record in this case, the affidavit submitted herein, and the exhibits submitted herein.

Dated April 5, 2024

/s/ *Bradley L. Rice*
Bradley L. Rice
NAGEL RICE, LLP
103 Eisenhower Parkway
Roseland, New Jersey, 07068
brice@nagelrice.com